No. 86–5653. McBee *v.* Harrison, Warden. C. A. 6th Cir. Certiorari denied.

No. 86–5664. Casas *v.* California. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 86–5667. Joyner *v.* Phelps, Secretary, Louisiana Department of Corrections, et al. C. A. 5th Cir. Certiorari denied.

No. 86–5674. Johns *v.* Estelle, Superintendent, California Men's Colony, et al. C. A. 9th Cir. Certiorari denied.

No. 86–5677. Maffei *v.* Bowen, Secretary of Health and Human Services. C. A. 3d Cir. Certiorari denied.

No. 86–5682. Hall *v.* Wainwright, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 86–5684. Drumheller *v.* Samberg, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 86–5691. Castle *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–5693. McNeil *v.* Cuyler, Superintendent, State Correctional Institution and Correctional Diagnostic and Classification Center at Graterford, et al. C. A. 3d Cir. Certiorari denied.

No. 86–5694. Richard *v.* Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied.

No. 86–5696. Pannacci *v.* Thorp Consumer Discount Co. C. A. 3d Cir. Certiorari denied.

No. 86–5706. Bentley *v.* Bentley. C. A. 11th Cir. Certiorari denied.